ROBERT BOYD *versus* STEPHEN PAGE & al.

A levy of an execution upon real estate is void, if it embrace more of the debtor's land than was sufficient, at the appraisal, to satisfy the execution and the officer's charges for his fees and the expenses of the levy.

WRIT OF ENTRY. The demandant makes title under a

levy of an execution in favor of one Whipple. The amount due upon the execution was $114,76. In the levy, the land was appraised and set off at the value of $139,28. The officer returned his fees and the expenses of the levy to be $12,26 ; apparently taking land to the value of $12,26 more than was sufficient to satisfy the execution.

*Wilson,* for the plaintiff.

The error was merely the mistake of the officer, by including his fees and charges twice. The levy is not invalidated by the mistake. The remedy for the execution debtor is against the officer. *Sturtevant* v. *Frothingham,* 1 Fairf. 100 ; 8 Conn. 245.

*Washburn,* for defendant, cited *Pickett* v. *Breckenridge,* 22 Pick. 297.

WELLS, J. orally. — This point has been decided in the case cited for defendant, and we think correctly. The officer, in his return, has stated the amount of his charges. We cannot presume there was any thing more to be charged. More of the debtor's land was taken than was authorized, and the levy was therefore void. *Judgment for defendant.*